ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
lrobinson@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE G. GARDNER,<br><br>　　　　　Plaintiff,<br>v.<br>WAL-MART, INC., a foreign limited-liability company, doing business as WAL-MART STORE #2884; DOES I through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00071-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

1 | party's own costs and attorney's fees.

2 | DATED this 13th day of ~~August~~ September 2021.         DATED this 14th day of ~~August~~ September 2021.

**BERTOLDO BAKER CARTER & SMITH**                **PHILLIPS, SPALLAS & ANGSTADT LLC**

*(signature)*                                     *(signature)*

LINDSAY K. CULLEN, ESQ.                           ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 12364                              Nevada Bar No. 14411
PAUL R.M. CULLEN, ESQ.                            MEGAN E. WESSEL, ESQ.
Nevada Bar No. 12355                              Nevada Bar No. 14131
7408 W. Sahara Ave.                               LATISHA ROBINSON, ESQ.
Las Vegas, NV 89117                               Nevada Bar No. 15314
                                                  504 S. Ninth St.
                                                  Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Nicole G. Gardner*                               *Attorneys for Defendant*
                                                  *Wal-Mart Inc.*

*Nicole G. Gardner v. Wal-Mart Inc.*
Case No. **2:20-cv-00071-APG-DJY**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 14th day of September 14, 2021.

_____
**UNITED STATES DISTRICT JUDGE**